## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **GGNSC LANCASTER, et al.,** | : | **CIVIL ACTION** |
| **Petitioners,** | : | |
| | : | |
| **v.** | : | **No. 13-5291** |
| | : | |
| **GEORGE ELI ROBERTS,** | : | |
| **By and through his attorney-in-fact** | : | |
| **JOSEPH BUTLER,** | : | |
| **Respondent.** | | |

## O R D E R

**AND NOW,** this 31st day of March, 2014, upon consideration of respondent's first

motion to dismiss (Doc. No. 14) and petitioners' response thereto (Doc. No. 15), it is

hereby **ORDERED** that the respondent's motion is **DENIED**.


BY THE COURT:


/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.